IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:19-cr-00016-RGE |
| v. | ) | |
| | ) | DEFENDANT'S SENTENCING |
| | ) | MEMORANDUM |
| KENTRISS THOMAS RHODES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Kentriss Thomas Rhodes faces sentencing for conspiracy to distribute a controlled substance, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 (Count 1).

## I. EXHIBITS AND WITNESSES

At this time, Mr. Rhodes does not intend to offer exhibits or testimony.

## II. ISSUES AND SENTENCING RANGES

The PSR concluded that Mr. Rhodes' guideline range is 70 to 87 months' imprisonment (total offense level 21, criminal history category V). PSR ¶ 147. In calculating the offense level, the PSR found that Mr. Rhodes was responsible for 940 oxycodone pills, or 28.2 grams of oxycodone, which resulted in a base offense level of 24. *Id.* ¶¶ 27, 34 (citing USSG § 2D1.1(c)(8)). There is no statutory minimum prison term, and the maximum is 20 years. *See id.* ¶ 146.

Both parties objected to drug quantity. For its part, the government alleged that Mr. Rhodes was responsible for greater than 6,000 oxycodone pills. *Id.* ¶ 26. Mr. Rhodes asserted that the drug quantities addressed in paragraphs 14, 16, and 25 should not be attributed to him. If Mr. Rhodes' objection is sustained, he would be responsible for 480 pills (940 pills – 460

pills), or 14.4 grams of oxycodone. That quantity of oxycodone equates to 96.48 kilograms of marijuana equivalent (14.4 grams * 6.7 kilograms), which results in a base offense level of 22 and a guideline range of 57 to 71 months' imprisonment (total offense level 19). *See* USSG § 2D1.1(c)(9).

The parties continue to negotiate a potential proposed resolution to the drug quantity issue, which may result in the parties' withdrawing their respective objections. If an agreement is reached, they will inform the Court as soon as possible.

The final PSR added significant detail regarding Mr. Rhodes' criminal history that did not appear in the draft version of the report. The undersigned counsel will need to review the new information carefully with Mr. Rhodes to determine whether there are factual inaccuracies.

## III. ARGUMENT

In light of the fact that the parties may reach an agreement on drug quantity, Mr. Rhodes will reserve comment regarding that issue. In any event, the Court should consider the following factors in deciding on the sentence.

*First*, Mr. Rhodes is the product of a poor, incredibly difficult upbringing in Chicago. He never knew his father. His single mother struggled mightily with drug use. Mr. Rhodes' family was frequently evicted from their homes and often hungry. He was the victim of emotional abuse from peers as a result of his difficult home life. For reasons unknown, Mr. Rhodes' mother tried to prevent him from going to school, which resulted in him attaining merely a sixth-grade education. He has struggled to cope with the memories of his horrible childhood. PSR ¶¶ 100, 103, 132.

*Second*, Mr. Rhodes is a drug addict who would not have committed his offense but for his addictions. He has a history of problematic use of alcohol, marijuana, cocaine (powder and crack), heroin, opiates, and other drugs. *Id.* ¶¶ 122-129. Despite that history, he has never participated in substance abuse treatment. He is interested in treatment to deal with his issues. *Id.* ¶ 130.

*Third*, Mr. Rhodes firmly denies the allegations in the PSR that he threatened violence or compelled other individuals' participation in the conspiracy. In truth, Mr. Rhodes was on the same boat as each of the other individuals who purchased pills: he was an impoverished drug addict who was recruited by others to purchase pills. Just like many of the other participants, Mr. Rhodes' involvement in the conspiracy allowed him to feed his various addictions.

Mr. Rhodes asks the Court to consider these factors related to 18 U.S.C. § 3553(a) in fashioning an appropriate sentence.

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101
PHONE: (712) 252-4158
FAX: (712) 252-4194
E-MAIL: brad_hansen@fd.org
ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, I electronically filed this document with the Clerk of Court using the ECF system, which will serve it on the appropriate parties.

*/s/ Brad Hansen*